UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.

BERLIN CENTER, L.L.C., a New Jersey Limited Liability Company

    Defendant.

Case No. 1:16-cv-02722

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Ave. Ste. 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: **May 10, 2017**

/s/Patrick Troy
Patrick Troy, Esq.
Dorothy Anne Hamill, Esq.
Sirlin, Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA
Telephone: (215) 864-9700
Facsimile: (215) 864-9669
ptroy@sirlinlaw.com
dhamill@sirlinlaw.com
*Attorney for Defendant*

Date: **May 10, 2017**